UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-60923

JUAN MIGUEL GARZON PENA,

     Plaintiff,

vs.

SPRINKLERMATIC FIRE
PROTECTION SYSTEMS, INC.,

     Defendant.

_____/

## COMPLAINT FOR VIOLATION(S) OF 26 U.S.C. §7434

Plaintiff, Juan Miguel Garzon Pena, sues Defendant, Sprinklermatic Fire Protection Systems, Inc., as follows:

### *Parties, Jurisdiction, and Venue*

1.    **Plaintiff, Juan Miguel Garzon Pena**, is over 18 years old and has been a *sui juris* resident of Miami-Dade County, Florida, at all times material. Mr. Camacho consents to participate in this lawsuit.

2.    **Defendant, Sprinklermatic Fire Protection Systems, Inc. ("Sprinklermatic"),** is a *sui juris* Florida for-profit corporation that was authorized to conduct and actually conducted its for-profit business in Broward County, Florida, at all times material, where it maintains its principal place of business.

3.    Venue is proper pursuant to 28 U.S.C. §1391(b)(ii) because Defendant transact business in this District, because Defendant maintained its principal place of business in this

7300 N. Kendall Drive, Suite 450, Miami, FL 33156
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

District, because all information returns were issued to Plaintiff in this District, and because most if not all of the operational decisions were made in this District.

4.      This Court has original jurisdiction over pursuant to 28 U.S.C. §1331 and 26 U.S.C. §7434.

### *Facts*

5.      Defendant is a corporation that acts by and through its officers, directors, employees, and agents.

6.      Defendant employed Enercida Montero Martinez as its supervisor of Human Resources from May 4, 2016 through July 27, 2018.

7.      Defendant had an obligation to adequately supervise its employees, including those employees responsible for the issuance of payroll, to ensure that the employees were conducting themselves in a manner that was would not and did not cause injury or damage to other co-workers.

8.      As Defendant's Supervisor of Human Resources, Defendant employed Ms. Martinez to prepare payroll reports that were used to generate payments to employees for payroll.

9.      Defendant paid Plaintiff and so is directly responsible for the issuance of checks to Plaintiff, the payment of taxes to the IRS based on the wages earned by and paid to Plaintiff, the reporting of all income paid as to Plaintiff, the issuance of W-2's to Plaintiff for each calendar year during which he performed work for Defendant, and the filing of information returns on own behalf of Defendant.

10.     Defendant had an obligation to provide correct information returns to the IRS and to the Plaintiff.

7300 N. Kendall Drive, Suite 450, Miami, FL 33156
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

11.     Plaintiff worked for Defendant from approximately March 2016 through and including August 23, 2016.

12.     Defendant knew or with the exercise of due diligence should have known the dates on which Plaintiff worked for Sprinklermatic and when it paid him the wages he earned wages from it.

13.     Prior to December 28, 2018, Defendant never notified Plaintiff that there was any issue, problem, or mistake made in connection with the wages it attributed to his having earned from it in 2017.

18.     Out of the blue, Plaintiff received a dated December 28, 2018 from the Internal Revenue Service ("IRS"), wherein the IRS indicated that Plaintiff had underreported his income from 2017, resulting in the IRS claiming that Plaintiff owed the amount of $5,901.00 in back taxes, interest, and penalties.

19.     The IRS issued this letter to Plaintiff was issued because Defendant willfully and intentionally served/filed/provided Plaintiff with a fraudulent and/or false IRS Form W-2 for calendar year 2017 by (over)reporting that paid to Plaintiff $35,530.00 in wages in calendar year 2017.

20.     Defendant knew or through the exercise of due diligence should have known that although it issued a W-2 identifying that Plaintiff earned $35,530.00 in wages from it Sprinkerlatic in calendar year 2017, in fact *he received/earned no wages from Sprinklermatic in 2017*.

21.     Defendant, by and through its agent and employee, intentionally attributed phantom income to Plaintiff.

22.     Plaintiff suffered damages as a result of Defendant's willful provision of false a

3

information return for 2017 caused by Defendant's intentional and willful acts as described above, in that the IRS now claims that he owes the amount of $5,901.00 in back taxes, interest, and penalties.

23.     Section 7434 of 26 U.S.C. provides, in pertinent part, as follows:

**(a) In general**
If any person willfully files a fraudulent information return with respect to payments purported to be made to any other person, such other person may bring a civil action for damages against the person so filing such return.

**(b) Damages** In any action brought under subsection (a), upon a finding of liability on the part of the defendant, the defendant shall be liable to the plaintiff in an amount equal to the greater of $5,000 or the sum of—

(1) any actual damages sustained by the plaintiff as a proximate result of the filing of the fraudulent information return (including any costs attributable to resolving deficiencies asserted as a result of such filing),

(2) the costs of the action, and

(3) in the court's discretion, reasonable attorneys' fees.

14.     Any/all condition(s) precedent to filing this lawsuit occurred and/or was satisfied by Plaintiff.

15.     Plaintiff retained the undersigned counsel and agreed to pay a reasonable fee for all services rendered.

WHEREFORE Plaintiff, Juan  Miguel Garzon Pena, demands the entry of a judgment in his favor and against Defendant, Sprinklermatic Fire Protection Systems, Inc., after trial by jury and providing as follows:

a.     That Plaintiff recovers the greater of $5,000 or the actual damages suffered for each fraudulent information return filed/served by Defendant as set forth above;

7300 N. Kendall Drive, Suite 450, Miami, FL 33156
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

b.     That Plaintiff recovers an award of reasonable attorneys fees, costs, and

expenses pursuant to 26 U.S.C. §7434;

c.     That Plaintiff recovers all interest allowed by law; and

d.     Such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues so triable.

Dated this 9th day of April 2019.

Respectfully Submitted,

*Brian H. Pollock, Esq.*
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
7300 North Kendall Drive
Suite 450
Miami, FL 33156
Tel:     305.230.4884
*Counsel for Plaintiff*